# EXHIBIT "A"

# Event Report

** Event In-Progress **

| | | | |
|---|---|---|---|
| Event ID: **23-00001825** | Call Ref #: 227 | | Date/Time Received: 01/03/23 15:20:45 |
| Rpt #: | Call Source: PHONE | Prime Unit: 1D4 | Services Involved: LAW |

Location: **7120 OKEECHOBEE BLVD**                     (GC 0027) APTS # 5102-5406 (S)

X-ST: *RIVERWALK BLVD*     Jur: CAD     Service: LAW     Agency: WPB
*WEKIVA WAY*                    St/Beat: D     District: DIV2     RA:

Business: COTTONWOOD WEST PALM     Phone: [redacted]

Nature: **EMBEZZLEMENT OR FRAUD**     Alarm Lvl: 1     Priority: 4     Medical Priority:

Caller: MILLER,FREDERICK                                 Alarm:
Addr: 25 VIA LL     Phone: [redacted]     Alarm Type:

Vehicle #:     St:     Report Only: No     Race:     Sex:     Age:

Call Taker: JBENNETT     Console: CT4

Geo-Verified Addr.: Yes     Nature Summary Code:     Disposition:     Close Comments:

Notes: *See Event Notes Addendum at end of this report*

## Times

| | Time From Call Received | | |
|---|---|---|---|
| Call Received: 01/03/23 15:20:45 | | | |
| Call Routed: 01/03/23 15:22:09 | 000:01:24 | Unit Reaction: 000:01:00 | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 01/03/23 15:22:09 | 000:01:24 | En-Route: 000:01:00 | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 01/03/23 16:04:11 | 000:43:26 *(Time Held)* | On-Scene: : : | *(1st Arrive to Last Clear)* |
| 1st En-Route: 01/03/23 16:05:11 | 000:44:26 | | |
| 1st Arrive: 01/03/23 16:05:11 | 000:44:26 *(Reaction Time)* | | |
| Last Clear: / / : : | : : | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 1D2 | 02075 | D | Dispatched | 01/03/23 16:04:11 | Stat/Beat: D | | AHILL |
| 1D2 | 02075 | X | Canceled | 01/03/23 16:04:24 | | | AHILL |
| 1D2 | 02075 | UA | Un-Assigned | 01/03/23 16:04:26 | | | AHILL |
| 1D4 | 01695 | D | Dispatched | 01/03/23 16:04:57 | | | AHILL |
| 1D4 | 01695 | L | Location Change | 01/03/23 16:05:09 | VIA LL | | AHILL |
| 1D4 | 01695 | A | Arrived | 01/03/23 16:05:11 | | | AHILL |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 01/03/23 15:20:45 | By: PHONE | | JBENNET |
| | | ENT | Entered Street | 01/03/23 15:20:45 | [redacted] | | JBENNET |
| | | ENT | Entered AddSt | 01/03/23 15:20:45 | (GC 0027) APTS # 5102-5406 (S) (N)(GC 0027) | | JBENNET |
| | | ENT | Entered Nature | 01/03/23 15:20:49 | EMBEZZLEMENT OR FRAUD | | JBENNET |
| | | ENT | Entered | 01/03/23 15:20:59 | MILLER,FREDERICK | | JBENNET |
| | | ENT | Entered CallerPhone | 01/03/23 15:21:05 | [redacted] | | JBENNET |
| | | ENT | Entered Remarks | 01/03/23 15:21:32 | | | JBENNET |
| | | FIN | Finished Call Taking | 01/03/23 15:22:09 | | | JBENNET |
| | | ARM | Added Remarks | 01/03/23 15:22:23 | | | JBENNET |
| | | VEV | Viewed Event | 01/03/23 15:22:35 | User First Viewed Event CAD | | LLAWSO |
| | | CHG | Changed CallerAddress | 01/03/23 15:22:40 | 7120 OKEECHOBEE BLVD --> 25 VIA LL | | JBENNET |

** Printed while event in-progress **

Event ID: 23-00001825  Call Ref #:  227  **EMBEZZLEMENT OR FRAUD at 7120 OKEECHOBEE BLVD**
Case 9:23-cv-80644-RLR   Document 39-1   Entered on FLSD Docket 08/02/2023   Page 3 of 4

**Event Log**

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | VEV | Viewed Event | 01/03/23 15:25:04 | User First Viewed Event CAD | | BTERRY |
| | | VEV | Viewed Event | 01/03/23 15:25:39 | User First Viewed Event CAD | | CAZURIN |
| | | VEV | Viewed Event | 01/03/23 15:28:03 | User First Viewed Event CAD | | SANAST |
| | | VEV | Viewed Event | 01/03/23 15:31:32 | User First Viewed Event CAD | | SAJOHNS |
| | | VEV | Viewed Event | 01/03/23 15:45:00 | User First Viewed Event CAD | | CPITTMA |
| | | VEV | Viewed Event | 01/03/23 16:02:31 | User First Viewed Event CAD | | AHILL |
| | | ARM | Added Remarks | 01/03/23 16:44:28 | | | Unit:1D4 |

## Event Notes Addendum

Event ID: **23-00001825**

Notes: *

*

Made contact Frederick Miller (w/m ▮▮▮▮▮▮) in reference to identity theft. Miller advised he attempted to open a credit account at Home Depot and was surprised Home Depot gave him a low credit limit. Miller has always had perfect credit. Miller then checked his credit report and he noticed that an unknown person opened a Navy Federal Credit Union credit card in July of 2021.

When Miller had checked his credit report he noticed that $4545.00 had been charged to the account. The account was past due and Miller`s credit rating was being negatively affected by the late payments. Miller contacted Navy Federal Credit Union and the credit bureaus to dispute the fraudulent credit cards and transactions. Navy Federal Credit Union stated the suspect used the address of 601 Deer Road, Cherry Hill Road 4546.00. The account was officially closed on December 14th 2022.

Miller advised he contacted the Cherry Hill Police Department, they stated he need to make an initial report in the jurisdiction where he lives. A copy of this report was provided to Miller for his records. An Identity Theft Packet was provided to Miller for his records.

If should be noted that Miller did not give anyone permission to use his personal information, especially his social security number to use for any financial products and purposes. I advised him that if any other fraudulent credit accounts appear on his credit report, he should use this report to have the fraudulent credit accounts removed.

*
*   [01/03/23 16:44:28 Unit:1D4]
MAKE 25 VIA L   [01/03/23 15:22:23 JBENNETT]
SOMEONE USED HIS IDENTITY TO OPEN UP CREDIT CARD AND RACK UP $4000 IN CHARGES   [01/03/23 15:21:32 JBENNETT]