# EXHIBIT "C"

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — | — | — |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓ Current on payments

CLS Closed



### Contact Info

Address  PO BOX 9201,
OLD BETHPAGE NY
11804

Phone Number  (801) 545-6600



### Comment

**Current:**

Closed due to inactivity

**Previous:**

None

# NAVY FEDERAL CR UNION
**Potentially Negative**



### Account Info

| | | | |
|---|---|---|---|
| Account Name | NAVY FEDERAL CR UNION | Balance | $4,566 |
| | | Balance Updated | 01/14/2023 |
| Account Number | 406095XXXXXXXXXX | Recent Payment | $0 |
| Account Type | **Credit card** | Monthly Payment | $91 |
| Responsibility | **Individual** | Credit Limit | $8,900 |
| Date Opened | 07/30/2022 | Highest Balance | $4,566 |
| Status | Closed. $267 past due as of Jan 2023. | Terms | NA |
| Status Updated | **Dec 2022** | | |

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | **90** | — | — | — | — | — | — | — | — | — | — | — |
| 2022 | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | **30** | **60** |

✓ Current on payments

30 Past due 30 days

60 Past due 60 days

90 Past due 90 days

### Payment history guide

90 days past due as of Jan 2023

60 days past due as of Dec 2022

30 days past due as of Nov 2022


## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Dec 2022 | $4,546 | $90 | $0 |
| Nov 2022 | $4,485 | $89 | $0 |
| Oct 2022 | $4,425 | $88 | $0 |
| Sep 2022 | $4,385 | $0 | $0 |

## Additional info

Between Sep 2022 and Dec 2022, your credit limit/high balance was $8,900



## Contact Info

| | |
|---|---|
| Address | PO BOX 3700, MERRIFIELD VA 22119 |
| Phone Number | (888) 842-6328 |



## Comment

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

Account closed at credit grantor's request.

**Previous:**

Account closed at credit grantor's request.

Invalid date

Completed investigation of FCRA dispute - consumer disagrees.

Invalid date, Invalid date



## Your Statement

**ITEM IN DISPUTE BY CONSUMER**

### Reinvestigation Info

This item remained unchanged from our processing of your dispute in Jan 2023.

# PNC BANK, N.A.

### Account Info

| | | | |
|---|---|---|---|
| Account Name | PNC BANK, N.A. | Balance | - |
| Account Number | 448915XXXXXXXXXX | Balance Updated | - |
| Account Type | Credit Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 10/02/2019 | Credit Limit | $7,500 |
| Status | Paid, Closed. | Highest Balance | $0 |
| Status Updated | Oct 2019 | Terms | NA |
| | | On Record Until | Oct 2029 |



### Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | — | — | — | — | — | — | — | — | — | CLS | — | — |

CLS  Closed

### Contact Info

| | |
|---|---|
| Address | PO BOX 5580, CLEVELAND OH 44101 |
| Phone Number | (888) 762-2265 |



### Comment