# EXHIBIT "D"

**American Express**
P.O. Box 297879
Ft. Lauderdale, FL 33329-7879

americanexpress.com

March 21, 2023

FREDERICK H MILLER
7120 OKEECHOBEE BLVD
APT 5206
WEST PALM BEACH FL 334112467

RE: Account Ending ▮▮▮▮▮▮   Hilton Honors Aspire Card
Ref: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Hi FREDERICK H MILLER:

Thank you for your recent request to increase your account's credit limit.

We've carefully reviewed your account and unfortunately, we aren't able to increase your credit limit at this time. We realize this was not the outcome you hoped for, but for now your credit limit remains at $40,000.00.

**Reason(s) for Our Decision**

We reviewed several pieces of information when making this decision, including your history with us and your consumer credit report.

We made this decision for the following reason(s):

- Based on your credit report, you are or were past due with another creditor(s).
- The amount of cash or cash equivalents recently requested using your American Express Card is too high.

**If you would like to know more about this decision, get in touch.**

Call us on the number on the back of your Card if you'd like to give us more information or write to us at American Express, P.O. Box 981534, El Paso, TX 79998.

**Manage your spending online, or on your app**

Open your **American Express app,** or log into your account on **americanexpress.com**. On both, you can view your balance, make payments, and set up real-time purchase alerts and payment reminders.

Thank you for your Membership,

American Express

The Creditor for this account is American Express National Bank.

SCC0CNF00300000

**More Information About Our Decision**

**Your Right to Get Your Credit Report**

Our decision was based in whole or in part on information obtained in a report from each consumer reporting agency in this letter. Please know that the consumer reporting agency played no part in our decision and cannot supply you with the specific reasons for our decision. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. It can be obtained by contacting them directly. You also have a right to a free copy of your report from the consumer reporting agency if you request it within 60 days after you receive this notice. If you find that any information contained in the consumer report you receive is inaccurate or incomplete, you have the right to dispute the matter directly with the reporting agency.

**Consumer Credit Reporting Agency(ies):**

**Experian**
701 Experian Parkway
P.O. Box 2002
Allen, TX 75013
1-888-397-3742
**www.experian.com/reportaccess**

**Notice to U.S. Residents**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning American Express National Bank is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, D.C. 20006 (the "Bureau"). The federal agencies that administer compliance with this law concerning American Express Travel Related Services Company, Inc. are the Bureau (address above) and the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Notice to Ohio Residents**

The Ohio state laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.