UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:23-CV-80644-RLR

FREDERICK H. MILLER,

      Plaintiff,

v.

NAVY FEDERAL CREDIT UNION and
EXPERIAN INFORMATION SOLUTIONS,
INC.,

      Defendant.

_____/

## DECLARATION OF LISA PAULSON

Pursuant to 28 U.S.C. § 1746, I, Lisa Paulson, hereby attest and affirm as follows:

1.      I am an adult competent to testify to the matters set forth herein.

2.      I am the Assistant Vice President of Credit Bureau Furnishing and Disputes at defendant Navy Federal Credit Union ("Navy Federal") and am authorized to make this Declaration on behalf of Navy Federal.

3.      I make this Declaration in support of the Motion for Summary Judgment filed by Navy Federal in the above-captioned action.

4.      I am familiar with and have access to business records maintained by Navy Federal, as well as its established procedure for making and maintaining such records.

5.      The information described in this Declaration and referenced below is taken from my personal knowledge and/or business records maintained by Navy Federal.

6.      I have personal knowledge of Navy Federal's routine practices and procedures for making and maintaining the records about which I am testifying. Such records are made at or near

DocuSign Envelope ID: 044FA653-D279-4D2B-A9BF-79296D2D4862

the time of the occurrence of the recorded matter(s); made by, or from information transmitted by, persons with personal knowledge of the recorded matter(s); and kept in the course of the respective and regularly-conducted business activities of Navy Federal.  It is the regular practice of Navy Federal to make such records.  Based upon records maintained by Navy Federal, I have gained knowledge of facts set forth in this Declaration and, if called upon as a witness to testify, could and would competently testify as to those facts, under penalties of perjury.

7.     Navy Federal is a national credit union and is a furnisher of information subject to the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et. seq.*

8.     In July 2022, a Navy Federal credit card account (the "Account") was opened in the name of plaintiff Frederick H. Miller ("Plaintiff") as a result of identity theft.

9.     Plaintiff disputed the Account with Experian Information Solutions ("Experian") and TransUnion LLC ("TransUnion"), which are two of the three major credit reporting agencies (each a "CRA").

10.     When a consumer initiates a dispute with a CRA regarding an account, the CRA submits the information provided by the consumer to the furnisher who provided any item of information in dispute via an Automated Credit Dispute Verification form (an "ACDV").

11.     In each ACDV, the CRA inputs a Dispute Code regarding the nature of the dispute and also adds a Control Number to identify the dispute.

12.     Navy Federal reviews, investigates, and processes each ACDV based upon the Dispute Code listed on the ACDV by the CRA.

13.     When Navy Federal sends an ACDV response to a CRA through the e-OSCAR application, e-OSCAR generates a notification to the other CRAs with the response information.

**The November 19 ACDV**

14.     On November 19, 2022, Navy Federal received an ACDV from Experian regarding Plaintiff's Account (the "November 19 ACDV"), in which Experian listed the Dispute Code as "1." A true and correct copy of the November 19 ACDV is attached hereto as Exhibit A. The November 19 ACDV did not have any associated images attached to it. *See* Ex. A.

15.     An ACDV Dispute Code of 001 (or 1) means "Not his/hers.  Provide or confirm complete ID."  An ACDV with a Dispute Code of 001 is not an identity theft claim or a fraud claim, as there are separate Dispute Codes for identity theft (103) and fraud (104).

16.     When Navy Federal receives an ACDV with a Dispute Code of 001, Navy Federal conducts an investigation to determine whether the consumer's information provided in the ACDV (*i.e.*, name, Social Security Number, date of birth) is consistent with the information contained in Navy Federal's internal records. If the information is accurate, Navy Federal will respond to the ACDV with a Response Code of "01: Account information accurate as of date reported" or a Response Code of "23: Disputed information is accurate. Updated account information unrelated to the dispute." If the information is not accurate, Navy Federal will respond to the ACDV with a Response Code of "21: Updated disputed account information only." or a Response Code of "22: Updated disputed account information and additional account information was also updated." Navy Federal will include updated consumer information (*i.e.*, name, Social Security Number, date of birth) in the ACDV response.

17.     If an ACDV with a Dispute Code of 001 also has images attached to it indicating that the consumer is claiming identity theft/fraud, such as a police report or a Federal Trade Commission Identity Theft Report, Navy Federal treats the ACDV as if it had been submitted with a Dispute Code of "103: Claims true identity fraud/account fraudulently opened."

18.     Upon receipt of the November 19 ACDV with a Dispute Code of 001, Navy Federal investigated the dispute by reviewing all of the information provided by Experian in the November 19 ACDV, including the name, address, date of birth, and Social Security Number, and comparing it to the information in Navy Federal's records.

19.     Based on Navy Federal's investigation, the name, date of birth, and Social Security Number reflected in the November 19 ACDV were accurate and consistent with Navy Federal's records.  The address included in the November 19 ACDV differed from the address in Navy Federal's records, which was reflected in Navy Federal's response to the November 19 ACDV. *See* Ex. A hereto.  A difference of address could be due to many reasons, such as a member moving or a different mailing address, and thus Navy Federal will still confirm that account information is accurate if there is a difference of address between an ACDV and Navy Federal's internal records.

20.     On December 2, 2022, Navy Federal provided its response to the November 19 ACDV to Experian with a Response Code of "23: Disputed information is accurate. Updated account information unrelated to the dispute." *See* Ex. A. In its response to the November 19 ACDV, Navy Federal updated the compliance condition code (XC: Completed investigation of FCRA dispute – consumer disagrees), the type of account (R: Revolving (open-end account)), and the type of interest (V: variable/adjustable). *Id.*

**The Identity Theft ACDVs**

21.     On December 19, 2022, Navy Federal received a new ACDV from Experian regarding Plaintiff's Account (the "December 19 ACDV"), in which Experian listed the Dispute Code as "103: Claims true identity fraud, account fraudulently opened.  Provide or confirm complete ID." A true and correct copy of the December 19 ACDV is attached hereto as Exhibit B. The Control Number for the December 19 ACDV is 2118769848001.  *See* Ex. B.

4

DocuSign Envelope ID: 044FA653-D279-4D3B-A9BF-7929BD2D4B62

22.     An ACDV Dispute Code of 103 means "Claims true identity fraud/account fraudulently opened." When Navy Federal receives an ACDV with a Dispute Code of 103, the information contained in the ACDV, along with any associated images attached to the ACDV, is transmitted to the identity theft group within the security department of Navy Federal for a detailed and thorough investigation for identity theft/fraud.

23.     The December 19 ACDV was the first ACDV received by Navy Federal concerning Plaintiff's Account that listed the identity theft Dispute Code 103.

24.     On December 28, 2022, Navy Federal received another ACDV from Experian (the "December 28 ACDV") regarding Plaintiff's Account, which also listed the Dispute Code as "103: Claims true identity fraud, account fraudulently opened. Provide or confirm complete ID." A true and correct copy of the December 28 ACDV is attached hereto as Exhibit C.

25.     The FCRA Relevant Information section of the December 28 ACDV stated "Previously Control No. 2118769848," which is the first 10 digits of the Control Number for the December 19 ACDV and thus indicated that the December 28 ACDV was associated with the dispute evidenced by the December 19 ACDV.

26.     The December 28 ACDV included associated images that Plaintiff provided to Experian – namely, a one-page letter from Plaintiff to Experian along with a Federal Trade Commission Identity Theft Report completed and signed by Plaintiff (the "FTC Affidavit"). *See* Ex. C.

27.     Navy Federal reviewed all relevant information provided by Experian in the December 19 ACDV and the December 28 ACDV, including the name, address, date of birth, and Social Security Number, and compared it to the information in Navy Federal's records. Navy Federal also reviewed the one-page letter from Plaintiff to Experian and the FTC Affidavit that

5

were attached as Associated Images to the December 28 ACDV. This review is evidenced by the "Yes" in the "Image Accessed Indicators" field on the December 28 ACDV, which field is automatically populated with the word "Yes" once the credit bureau dispute specialist has reviewed the associated images attached to the ACDV. *See* Ex. C hereto.  After this initial review in connection with the December 19 ACDV and the December 28 ACDV, Navy Federal responded to Experian with Response Codes of "01: Account information accurate as of date reported" for each ACDV.  *See* Exs. B and C.

28.     On January 10, 2023, Navy Federal received an ACDV from TransUnion (the "January TransUnion ACDV") regarding Plaintiff's Account, which also listed the Dispute Code as "103: Claims true identity fraud, account fraudulently opened.  Provide or confirm complete ID."  A true and correct copy of the January TransUnion ACDV is attached hereto as Exhibit D.

29.     The January TransUnion ACDV was the only ACDV regarding Plaintiff's Account that Navy Federal received from TransUnion.

30.     Navy Federal reviewed all relevant information provided by TransUnion in the January TransUnion ACDV, including the name, address, date of birth, and Social Security Number, and compared it to the information in Navy Federal's records.  After this initial review in connection with the January TransUnion ACDV, Navy Federal responded to TransUnion with a Response Code of "23: Disputed information accurate.  Updated account information unrelated to the dispute." *See* Ex. D. In its response to the January TransUnion ACDV, Navy Federal updated the Account Status to "80: Account 90-119 days past the due date." *Id.*

31.     On or about January 30, 2023, Navy Federal's identity theft group within the security department honored Plaintiff's claim of identity theft, and the Account was deleted due to fraud on January 31, 2023.  A true and correct copy of Navy Federal's January 31, 2023 response

6

to an Equifax ACDV, which contained a Response Code of "7: Delete due to fraud" is attached hereto as Exhibit E. Navy Federal's January 31, 2023 ACDV response was sent to Equifax through the e-OSCAR application.

32. On February 2, 2023, Navy Federal sent an update to TransUnion instructing it to mask all credit bureau inquiries associated with the Account origination.

I declare under penalties of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: January 12, 2024

DocuSigned by:

Lisa Paulson
20CB3AC49ED848C...

LISA PAULSON

# EXHIBIT "A"

| ACDV Response: | | | 3579838675001 |
|---|---|---|---|
| Account Number: | REDACTED 7885 | SSN: | REDACTED |
| Consumer Name: | FREDERICK  MILLER | Control Number: | 3579838675001 |
| Date Received: | 11/19/2022 | Originator: | Experian |
| Response Code: | 23:Disputed information accurate. Updated account information unrelated to the dispute. | Subscriber Code: | 1223555 |
| Response Date: | 12/02/2022 | DF Contact Number: | |
| Response Due Date: | 12/12/2022 | DF Authorized Name: | Melissa Hartley |
| Queue Name: | CreditCards | | |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 1: |
| Dispute Code 2: | |
| FCRA Relevant Information: | I HAVE NO ACCOUNT WITH NAVY CREDIT UNION. IF ACCOUNT WAS OPEN IN MY NAME  IT WAS FRAUD.|||||||||||||||||| |

| Image Information: | |
|---|---|
| Associated Images: | No |
| Image ID: | |
| Image Accessed Indicators: | |

| Consumer Information: | | | |
|---|---|---|---|
| | **Request Data** | **Response Data** | **Same / Diff** |
| Last Name: | MILLER | MILLER | Same |
| First Name: | FREDERICK | FREDERICK | Same |
| Middle Name: | | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | REDACTED | REDACTED | Same |
| Date Of Birth: | REDACTED | REDACTED | Same |
| Telephone Number: | | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 22110 TOWN GREEN DR | 601 DEER RD | Different |
| City: | ELMSFORD | CHERRY HILL | |
| State: | NY:New York | NJ:New Jersey | |
| Zip: | 10523 | 80341409 | |
| Prev. Street Address: | | | Unknown |
| Prev. City: | | | |
| Prev. State: | | | |
| Prev. Zip: | | | |
| 2nd Prev. Street Address: | | | |
| 2nd Prev. City: | | | |
| 2nd Prev. State: | | | |
| 2nd Prev. Zip: | | | |

NFCU000011

| | | | |
|---|---|---|---|
| | | | 3.57984E+12 |

**Account Information:**

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 71:Account 30-59 days past the due date. | |
| Payment Rating: | | |
| Cond. / Cum. Status: | OPEN/ DEL 30 DAY | |
| CII: | | |
| MOP: | | |
| CCC: | | XC:Completed investigation of FCRA dispute - consumer disagrees. |
| SCC: | | |
| Portfolio Type: | | R:Revolving (open-end account) |
| Account Type: | 18:Credit Card | |
| Interest Type Indicator: | | V:Variable/Adjustable |
| Terms Duration: | REV | |
| Terms Frequency: | M:Monthly | |
| Date Opened: | 07/30/2022 | |
| Date of Account Information: | 11/14/2022 | |
| Date of Last Payment: | | |
| Date Closed: | | |
| FCRA DOFD: | | |
| Current Balance: | 4485 | |
| Amount Past Due: | 88 | |
| High Credit / Original Amt.: | 4485 | |
| Credit Limit: | 8900 | |
| Original Charge Off Amount: | | |
| Actual Payment: | | |
| Scheduled Monthly Payment: | 89 | |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2018 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2017 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2016 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2015 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2014 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2013 | Req. | | | | | | | | | | | | |
| | Req | | | | | | | | | | | | |
| 2012 | Req | | | | | | | | | | | | |
| | Res | | | | | | | | | | | | |

NFCU000012

| Associated Consumer Information | | |
|---|---|---|
| **Last Name:** | | |
| **First Name:** | | |
| **Middle Name:** | | |
| **Generation Code:** | | |
| **SSN:** | | |
| **Date Of Birth:** | | |
| **Telephone Number:** | | |
| **ECOA Code:** | | |
| **CII:** | | |
| **Street Address:** | | |
| **City:** | | |
| **State:** | | |
| **Zip:** | | |
| **Submitted by:** | Melissa Hartley | **Date:** 12/02/2022 |

**By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.**

NFCU000013

# EXHIBIT "B"

| **ACDV Response:** | | | 2118769848001 |
|---|---|---|---|
| Account Number: | REDACTED 7885 | SSN: | REDACTED |
| Consumer Name: | FREDERICK  MILLER | Control Number: | 2118769848001 |
| Date Received: | 12/19/2022 | Originator: | Experian |
| Response Code: | 1: | Subscriber Code: | 1223555 |
| Response Date: | 12/30/2022 | DF Contact Number: | |
| Response Due Date: | 01/11/2023 | DF Authorized Name: | Douglas Gonzalez |
| Queue Name: | ID Theft Fraud | | |

| **Dispute Information:** | |
|---|---|
| Dispute Code 1: | 103:Claims true identity fraud, account fraudulently opened. Provide or confirm complete ID. |
| Dispute Code 2: | |
| FCRA Relevant Information: | IIIIIIIIIIIIIIIIIIIIII |

| **Image Information:** | |
|---|---|
| Associated Images: | No |
| Image ID: | |
| Image Accessed Indicators: | |

| **Consumer Information:** | | | |
|---|---|---|---|
| | **Request Data** | **Response Data** | **Same / Diff** |
| Last Name: | MILLER | MILLER | Same |
| First Name: | FREDERICK | FREDERICK | Same |
| Middle Name: | | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | REDACTED | REDACTED | Same |
| Date Of Birth: | REDACTED | REDACTED | Same |
| Telephone Number: | | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 22110 TOWN GREEN DR | 601 DEER RD | Different |
| City: | ELMSFORD | CHERRY HILL | |
| State: | NY:New York | NJ:New Jersey | |
| Zip: | 10523 | 80341409 | |
| Prev. Street Address: | | | Unknown |
| Prev. City: | | | |
| Prev. State: | | | |
| Prev. Zip: | | | |
| 2nd Prev. Street Address: | | | |
| 2nd Prev. City: | | | |
| 2nd Prev. State: | | | |
| 2nd Prev. Zip: | | | |

NFCU000014

|  | | 2.11877E+12 |
|---|---|---|
| **Account Information:** | | |
| | **Request Data** | **Response Data** |
| **Account Status:** | 78:Account 60-89 days past the due date. | |
| **Payment Rating:** | | |
| **Cond. / Cum. Status:** | CLOSED/ DEL 60 | |
| **CII:** | | |
| **MOP:** | | |
| **CCC:** | XC:Completed investigation of FCRA dispute - consumer disagrees. | |
| **SCC:** | M:Account closed at credit grantor's request. | |
| **Portfolio Type:** | | |
| **Account Type:** | 18:Credit Card | |
| **Interest Type Indicator:** | | |
| **Terms Duration:** | REV | |
| **Terms Frequency:** | M:Monthly | |
| **Date Opened:** | 07/30/2022 | |
| **Date of Account Information:** | 12/14/2022 | |
| **Date of Last Payment:** | | |
| **Date Closed:** | | |
| **FCRA DOFD:** | | |
| **Current Balance:** | 4546 | |
| **Amount Past Due:** | 177 | |
| **High Credit / Original Amt.:** | 4546 | |
| **Credit Limit:** | 8900 | |
| **Original Charge Off Amount:** | | |
| **Actual Payment:** | | |
| **Scheduled Monthly Payment:** | 90 | |
| **Original Creditor Name:** | | |
| **Creditor Classification:** | | |
| **Agency ID:** | | |
| **Sec. Mktg. Agency Acct Num:** | | |
| **Mortgage ID Number (MIN):** | | |
| **Specialized Payment Ind.:** | | |
| **Defrd. Payment Start Date:** | | |
| **Balloon Payment Amt.:** | | |
| **Balloon Payment Due Date:** | | |
| **Portfolio Indicator:** | | |
| **Purchased From / Sold To:** | | |
| **Narrative / Remarks:** | CALL 8005250689 FOR CONSUMER STATEMENT | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2018 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2017 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2016 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2015 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2014 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2013 | Req. | | | | | | | | | | | | |
| | Req | | | | | | | | | | | | |
| 2012 | Req | | | | | | | | | | | | |
| | Res | | | | | | | | | | | | |

NFCU000015

| Associated Consumer Information | | |
|---|---|---|
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Submitted by: | Douglas Gonzalez | Date: | 12/30/2022 |

**By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.**

NFCU000016

# EXHIBIT "C"

| ACDV Response: | | | | 3328054874008 |
|---|---|---|---|---|
| Account Number: | REDACTED 7885 | | SSN: | REDACTED |
| Consumer Name: | FREDERICK H MILLER | | Control Number: | 3328054874008 |
| Date Received: | 12/28/2022 | | Originator: | Experian |
| Response Code: | 1: | | Subscriber Code: | 1223555 |
| Response Date: | 12/30/2022 | | DF Contact Number: | |
| Response Due Date: | 01/20/2023 | | DF Authorized Name: | Douglas Gonzalez |
| Queue Name: | ID Theft Fraud | | | |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 103:Claims true identity fraud, account fraudulently opened. Provide or confirm complete ID. |
| Dispute Code 2: | |
| FCRA Relevant Information: | PREVIOUSLY CONTROL NO 2118769848 \|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\| |

| Image Information: | |
|---|---|
| Associated Images: | Yes |
| Image ID: | 168127996 |
| Image Accessed Indicators: | Yes |

| Consumer Information: | | | |
|---|---|---|---|
| | **Request Data** | **Response Data** | **Same / Diff** |
| Last Name: | MILLER | MILLER | Same |
| First Name: | FREDERICK | FREDERICK | Same |
| Middle Name: | H | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | | | Unknown |
| Prev. First Name: | | | Unknown |
| Prev. Middle Name: | | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | REDACTED | REDACTED | Same |
| Date Of Birth: | REDACTED | REDACTED | Same |
| Telephone Number: | | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 7120 OKEECHOBEE BLVD APT 5206 | 601 DEER RD | Different |
| City: | WEST PALM BEACH | CHERRY HILL | |
| State: | FL:Florida | NJ:New Jersey | |
| Zip: | 33411 | 80341409 | |
| Prev. Street Address: | | | Unknown |
| Prev. City: | | | |
| Prev. State: | | | |
| Prev. Zip: | | | |
| 2nd Prev. Street Address: | | | |
| 2nd Prev. City: | | | |
| 2nd Prev. State: | | | |
| 2nd Prev. Zip: | | | |

R3.07                                        1 of 3

| | 3.32805E+12 |
|---|---|

### Account Information:

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 78:Account 60-89 days past the due date. | |
| Payment Rating: | | |
| Cond. / Cum. Status: | CLOSED/ DEL 60 | |
| CII: | | |
| MOP: | | |
| CCC: | XC:Completed investigation of FCRA dispute - consumer disagrees. | |
| SCC: | M:Account closed at credit grantor's request. | |
| Portfolio Type: | | |
| Account Type: | 18:Credit Card | |
| Interest Type Indicator: | | |
| Terms Duration: | REV | |
| Terms Frequency: | M:Monthly | |
| Date Opened: | 07/30/2022 | |
| Date of Account Information: | 12/14/2022 | |
| Date of Last Payment: | | |
| Date Closed: | | |
| FCRA DOFD: | | |
| Current Balance: | 4546 | |
| Amount Past Due: | 177 | |
| High Credit / Original Amt.: | 4546 | |
| Credit Limit: | 8900 | |
| Original Charge Off Amount: | | |
| Actual Payment: | | |
| Scheduled Monthly Payment: | 90 | |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | CALL 8005250689 FOR CONSUMER STATEMENT | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2018 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2017 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2016 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2015 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2014 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2013 | Req. | | | | | | | | | | | | |
| | Req | | | | | | | | | | | | |
| 2012 | Req | | | | | | | | | | | | |
| | Res | | | | | | | | | | | | |

NFCU000024

| Associated Consumer Information | | |
|---|---|---|
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |

| Submitted by: | Douglas Gonzalez | Date: | 12/30/2022 |
|---|---|---|---|

**By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.**

NFCU000025

12/20/22

Dear Experian,

Enclosed is my FTC report. Please update my identity theft file with you.

Thank you,

Frederick H. Miller

REDACTED

NFCU000165



FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number:
154009112

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Last Name: |
|---|---|
| Fredrick | Miller |

| Address: | Phone: | Email: |
|---|---|---|
| USA | 914-882-4419 | fhmiller@icloud.com |

## Accounts Affected by the Crime

| Credit Card Opened by the Thief | |
|---|---|
| Company or Organization: | Navy FCU |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 11/2022 | $ 4300 |

| Fraudulent Checking or Savings Account | |
|---|---|
| Company or Organization: | Navy FCU |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 11/2022 | $ 0 |

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Fredrick Miller**    *Frederick*    **12/20/2022**
Fredrick Miller    Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

NFCU000166

1/1

**Frederick H. Miller**
7120 Okeechobee Blvd., #5206
West Palm Beach, FL 33411

WEST PALM BCH FL 334

20 DEC 2022  PM 4  L



Experion
PO Box 9554
Allen, TX 75013

75013-955454

NFCU000167

# EXHIBIT "D"

| ACDV Response: | | | 376372395033001 |
|---|---|---|---|
| Account Number: | REDACTED 7885 | SSN: | REDACTED |
| Consumer Name: | FREDERICK H MILLER | Control Number: | 376372395033001 |
| Date Received: | 1/10/2023 | Originator: | TransUnion |
| Response Code: | 23:Disputed information accurate. Updated account information unrelated to the dispute. | Subscriber Code: | 692N001 |
| Response Date: | 01/23/2023 | DF Contact Number: | |
| Response Due Date: | 02/05/2023 | DF Authorized Name: | Alexandra Chuah |
| Queue Name: | ID Theft Fraud | | |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 103:Claims true identity fraud, account fraudulently opened. Provide or confirm complete ID. |
| Dispute Code 2: | |
| FCRA Relevant Information: | cons claims This account is fraudulent |

| Image Information: | |
|---|---|
| Associated Images: | No |
| Image ID: | |
| Image Accessed Indicators: | |

| Consumer Information: | | | |
|---|---|---|---|
| | Request Data | Response Data | Same / Diff |
| Last Name: | MILLER | MILLER | Same |
| First Name: | FREDERICK | FREDERICK | Same |
| Middle Name: | H | | Unknown |
| Generation Code: | | | Unknown |
| Prev. Last Name: | MILLER | | Unknown |
| Prev. First Name: | FREDERICK | | Unknown |
| Prev. Middle Name: | HOWARD | | Unknown |
| Prev.Generation Code: | | | |
| SSN: | REDACTED | REDACTED | Same |
| Date Of Birth: | REDACTED | REDACTED | Same |
| Telephone Number: | 9148824419 | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | 7120 OKEECHOBEE BLVD APT 5206 | 601 DEER RD | Different |
| City: | WEST PALM BEACH | CHERRY HILL | |
| State: | FL:Florida | NJ:New Jersey | |
| Zip: | 334112467 | 80341409 | |
| Prev. Street Address: | 7120 OKEECHOBEE BLVD | | Unknown |
| Prev. City: | WEST PALM BEACH | | |
| Prev. State: | FL:Florida | | |
| Prev. Zip: | 334112414 | | |
| 2nd Prev. Street Address: | 5147 ELLERY TER | | |
| 2nd Prev. City: | WEST PALM BEACH | | |
| 2nd Prev. State: | FL:Florida | | |
| 2nd Prev. Zip: | 334178357 | | |

NFCU000005

| | | 3.76372E+14 |
|---|---|---|
| **Account Information:** | | |
| | **Request Data** | **Response Data** |
| **Account Status:** | 78:Account 60-89 days past the due date. | 80:Account 90-119 days past the due date. |
| **Payment Rating:** | | |
| **Cond. / Cum. Status:** | | |
| **CII:** | | |
| **MOP:** | | |
| **CCC:** | XC:Completed investigation of FCRA dispute - consumer disagrees. | |
| **SCC:** | M:Account closed at credit grantor's request. | |
| **Portfolio Type:** | R:Revolving (open-end account) | |
| **Account Type:** | 18:Credit Card | |
| **Interest Type Indicator:** | | |
| **Terms Duration:** | REV | |
| **Terms Frequency:** | M:Monthly | |
| **Date Opened:** | 07/30/2022 | |
| **Date of Account Information:** | 12/30/2022 | 01/23/2023 |
| **Date of Last Payment:** | | |
| **Date Closed:** | 12/01/2022 | 12/14/2022 |
| **FCRA DOFD:** | 11/01/2022 | 11/10/2022 |
| **Current Balance:** | 4546 | 4566 |
| **Amount Past Due:** | 177 | 267 |
| **High Credit / Original Amt.:** | 4546 | 4566 |
| **Credit Limit:** | 8900 | |
| **Original Charge Off Amount:** | | |
| **Actual Payment:** | 0 | |
| **Scheduled Monthly Payment:** | 90 | 92 |
| **Original Creditor Name:** | | |
| **Creditor Classification:** | | |
| **Agency ID:** | | |
| **Sec. Mktg. Agency Acct Num:** | | |
| **Mortgage ID Number (MIN):** | | |
| **Specialized Payment Ind.:** | | |
| **Defrd. Payment Start Date:** | | |
| **Balloon Payment Amt.:** | | |
| **Balloon Payment Due Date:** | | |
| **Portfolio Indicator:** | | |
| **Purchased From / Sold To:** | | |
| **Narrative / Remarks:** | | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2022 | Req. | D | 1 | 0 | 0 | E | B | - | - | - | - | - | - |
| | Resp. | 2 | 1 | 0 | 0 | E | B | - | - | - | - | - | - |
| 2021 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2020 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2019 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| | Res | - | - | - | - | - | - | - | - | - | - | - | - |

R3.07

2 of 3

NFCU000006

| | 3.76372E+14 | |
|---|---|---|
| **Associated Consumer Information** | | |
| **Last Name:** | | |
| **First Name:** | | |
| **Middle Name:** | | |
| **Generation Code:** | | |
| **SSN:** | | |
| **Date Of Birth:** | | |
| **Telephone Number:** | | |
| **ECOA Code:** | | |
| **CII:** | | |
| **Street Address:** | | |
| **City:** | | |
| **State:** | | |
| **Zip:** | | |
| **Submitted by:** | Alexandra Chuah | **Date:** 01/23/2023 |

**By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.**

NFCU000007

# EXHIBIT "E"

| ACDV Response: | | | 99993026508492016 |
|---|---|---|---|
| Account Number: | [REDACTED]7885 | SSN: | [REDACTED] |
| Consumer Name: | FREDERICK H MILLER | Control Number: | 99993026508492016 |
| Date Received: | 1/26/2023 | Originator: | Equifax |
| Response Code: | 7: | Subscriber Code: | 491ON24219 |
| Response Date: | 01/31/2023 | DF Contact Number: | |
| Response Due Date: | 02/17/2023 | DF Authorized Name: | Kizzie Roulhac |
| Queue Name: | ID Theft Fraud | | |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 103:Claims true identity fraud, account fraudulently opened. Provide or confirm complete ID. |
| Dispute Code 2: | |
| FCRA Relevant Information: | RECEIVED FROM TUN on 01/26/2023 |

| Image Information: | |
|---|---|
| Associated Images: | No |
| Image ID: | |
| Image Accessed Indicators: | |

| Consumer Information: | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | MILLER | | |
| First Name: | FREDERICK | | |
| Middle Name: | H | | |
| Generation Code: | | | |
| Prev. Last Name: | | | |
| Prev. First Name: | | | |
| Prev. Middle Name: | | | |
| Prev.Generation Code: | | | |
| SSN: | [REDACTED] | | |
| Date Of Birth: | [REDACTED] | | |
| Telephone Number: | 5612251083 | | |
| ECOA Code: | 1:Individual | | |
| Street Address: | 7120 OKEECHOBEE BLVD APT 5206 | | |
| City: | WEST PALM BEACH | | |
| State: | FL:Florida | | |
| Zip: | 33411 | | |
| Prev. Street Address: | 6801 LOUISVILLE ST | | |
| Prev. City: | NEW ORLEANS | | |
| Prev. State: | LA:Louisiana | | |
| Prev. Zip: | 70124 | | |
| 2nd Prev. Street Address: | 601 DEER RD | | |
| 2nd Prev. City: | CHERRY HILL | | |
| 2nd Prev. State: | NJ:New Jersey | | |
| 2nd Prev. Zip: | 8034 | | |

R3.07

1 of 3

NFCU000008

| | 9.9993E+16 |
|---|---|

**Account Information:**

| | Request Data | Response Data |
|---|---|---|
| Account Status: | 80:Account 90-119 days past the due date. | |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | | |
| SCC: | | |
| Portfolio Type: | R:Revolving (open-end account) | |
| Account Type: | 18:Credit Card | |
| Interest Type Indicator: | | |
| Terms Duration: | REV | |
| Terms Frequency: | M:Monthly | |
| Date Opened: | 07/30/2022 | |
| Date of Account Information: | 01/09/2023 | |
| Date of Last Payment: | | |
| Date Closed: | 12/01/2022 | |
| FCRA DOFD: | 11/01/2022 | |
| Current Balance: | 4566 | |
| Amount Past Due: | 267 | |
| High Credit / Original Amt.: | 4566 | |
| Credit Limit: | 8900 | |
| Original Charge Off Amount: | | |
| Actual Payment: | | |
| Scheduled Monthly Payment: | 92 | |
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | CLOSED ACCOUNT | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2022 | Req. | 2 | 1 | 0 | 0 | E | B | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2021 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2020 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2019 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
| | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | Req | - | - | - | - | - | - | - | - | - | - | - | - |
| | Res | - | - | - | - | - | - | - | - | - | - | - | - |

NFCU000009

| | | 9.9993E+16 |
|---|---|---|
| **Associated Consumer Information** | | |
| **Last Name:** | | |
| **First Name:** | | |
| **Middle Name:** | | |
| **Generation Code:** | | |
| **SSN:** | | |
| **Date Of Birth:** | | |
| **Telephone Number:** | | |
| **ECOA Code:** | | |
| **CII:** | | |
| **Street Address:** | | |
| **City:** | | |
| **State:** | | |
| **Zip:** | | |
| **Submitted by:** | Kizzie Roulhac | **Date:** 01/31/2023 |

**By submitting this ACDV, you certify that you have reviewed and considered all associated Images, you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect any changes noted.**

NFCU000010