# DEPOSITION TRANSCRIPT OF
# LISA A. PAULSON

Motion for Leave to File Under Seal – Pending
[ECF No. 79]